UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Chapter 7
Bankruptcy No.     22-30922-KAC

In Re:

James A. Kroger,

    Debtor,

**ORDER WAIVING DISCHARGE**

The debtor's motion for waiver of the debtor's discharge came before the Court. Based on the files, records and proceedings herein, the Court being advised in the premises,

IT IS HEREBY ORDERED:

The debtor's waiver of his Chapter 7 discharge is approved.

Dated: August 3, 2023

/e/ Katherine A. Constantine
Katherine A. Constantine
Chief United States Bankruptcy Judge